IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY S. GOODYEAR,

    Plaintiff,

v.                                     CASE NO. 4:13-cv-440-RS-CAS

GOVERNOR RICK SCOTT,
ATTORNEY GENERAL PAM BONDI
THE FLORIDA BAR, and JUDICIAL
QUALIFICATIONS COMMISSION,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 7). I have reviewed the recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Plaintiff's motions for leave to proceed in forma pauperis (Doc. 2 and 6) are **GRANTED** for the limited purpose of dismissal of this action.

4. The clerk is directed to close the file.

**ORDERED** on October 21, 2013.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**